**Electronically Filed
Supreme Court
SCWC-30708
05-JUL-2011
11:58 AM**

NO. SCWC-30708

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SHAWN FERNANDEZ and SUZETTE FERNANDEZ,
Respondents/Plaintiffs-Appellees,

vs.

AMBROSE S. FERNANDEZ, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 1RC09-1-0274)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/defendant-appellant Ambrose S. Fernandez,

Jr.'s application for writ of certiorari, filed on May 25, 2011,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 5, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.